AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities and Exchange Commission | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 25-cv-4994 |
| Roderick Vanderbilt | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission .

Date:  10/22/2025

/s/ Tiantong Wen
*Attorney's signature*

Tiantong Wen (NY Bar No. 5329537)
*Printed name and bar number*

100 Pearl Street Suite 20-100
New York, NY 10004

*Address*

went@sec.gov
*E-mail address*

(212) 336-0535
*Telephone number*

*FAX number*