

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

October 22, 2025

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *SEC v. Vanderbilt*, 25-cv-4994

Dear Judge Furman:

    Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status report pursuant to the Court's June 17, 2025 Order.

    On June 17, 2025, the Court entered the proposed partial consent judgment against Vanderbilt (Dkt. 6) (the "Judgment"). The Judgment resolved all issues of liability and non-monetary relief against Defendant Roderick Vanderbilt ("Vanderbilt"), while leaving open the issues of disgorgement and a civil penalty for later resolution upon motion of the Commission. As noted in the SEC's June 17, 2025 letter to the Court seeking approval of the Judgment (Dkt. 5),[1] Vanderbilt pleaded guilty to conspiracy to commit securities fraud in a parallel criminal action captioned *United States v. Vanderbilt*, No. 24-cr-20560 (DSL) (S.D. Fla.) (the "Criminal Case"). The SEC anticipates that the parties will attempt to negotiate a resolution of the monetary relief that the SEC seeks against Vanderbilt following a resolution of that case. A sentencing date has not yet been set in the Criminal Case.

---

[1]     In endorsing the SEC's June 17, 2025 letter, the Court noted the SEC's failure to file that letter at the same time as the proposed consent judgment (Dkt. 7). The SEC deferred filing the June 17, 2025 letter until after a judge had been assigned to this matter and regrets any resulting inconvenience to the Court.

Accordingly, the SEC respectfully requests that the Court set a deadline for a status letter in this matter in 90 days.

Respectfully submitted,

/s/ Tiantong Wen
Counsel for Plaintiff
Securities and Exchange Commission
(212) 336-0535
went@sec.gov

cc: John Priovolos, Esq., counsel to Vanderbilt (by email)

The SEC shall file a letter with an update and proposed next steps no later than **January 23, 2026.**

SO ORDERED.

October 23, 2025

2