

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

DIVISION OF
ENFORCEMENT

January 22, 2026

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

    RE:  <u>*SEC v. Vanderbilt*, No. 1:25-cv-04994-JMF</u>

Dear Judge Furman:

    Plaintiff Securities and Exchange Commission (the "Commission" or "SEC") respectfully submits this status update pursuant to the Court's Order, dated October 23, 2025 (Dkt. No. 10).

    By way of background, on June 17, 2025, the court entered a partial consent judgment against Vanderbilt (Dk.t 6) (the "Judgment"), resolving all issues of liability and non-monetary relief, while leaving open the issues of disgorgement and civil penalty for resolution upon motion of the Commission. As noted in the Commission's June 17, 2025 letter to the Court seeking approval of the Judgment (Dkt. No. 5), Vanderbilt has pled guilty to conspiracy to commit securities fraud in a parallel criminal action captioned *United States v. Vanderbilt*, No. 24-cr-20560 (DSL) (S.D. Fla.) (the "Criminal Case").

    The Criminal Case is ongoing. Vanderbilt appeared for a status hearing in the Criminal Case on January 7, 2026, and the matter was adjourned to July 17, 2026, for a further status hearing. The Commission anticipates that the parties will attempt to negotiate a resolution of the outstanding monetary relief after Vanderbilt's sentencing in the Criminal Case. No sentencing date is currently scheduled.

    Accordingly, the Commission respectfully requests that the Court set a deadline of July 31, 2026—two weeks after the next hearing in the Criminal Case—for an additional status update in this matter.

                                                                             Respectfully submitted,

                                                                             /s/ *Travis Hill*
                                                                             Travis Hill
                                                                             SEC Division of Enforcement

cc:    John Priovolos, Esq., counsel to Vanderbilt (by email)