

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**DIVISION OF**
**ENFORCEMENT**

July 29, 2026

**<u>VIA ECF</u>**

Honorable Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

     RE:  *SEC v. Vanderbilt*, No. 1:25-cv-04994-JMF

Dear Judge Furman:

Plaintiff Securities and Exchange Commission (the "Commission" or "SEC") respectfully submits this status update pursuant to the Court's Order, dated January 23, 2026 (Dkt. No. 12).

By way of background, on June 17, 2025, the court entered a partial consent judgment against Vanderbilt (Dkt. No. 6) (the "Judgment"), resolving all issues of liability and non-monetary relief, while leaving open the issues of disgorgement and civil penalty for resolution upon motion of the Commission. As noted in the Commission's June 17, 2025 letter to the Court seeking approval of the Judgment (Dkt. No. 5), and the Commission's January 22, 2026 status update (Dkt. No. 11), Vanderbilt has pled guilty to conspiracy to commit securities fraud in a parallel criminal action captioned *United States v. Vanderbilt*, No. 24-cr-20560 (DSL) (S.D. Fla.) (the "Criminal Case").

The Criminal Case is ongoing. Vanderbilt appeared for a status hearing in the Criminal Case on July 15, 2026, and the matter was adjourned to December 11, 2026, for a further status hearing. The Commission anticipates that the parties will attempt to negotiate a resolution of the outstanding monetary relief after Vanderbilt's sentencing in the Criminal Case. No sentencing date is currently scheduled.

Accordingly, the Commission respectfully requests that the Court set a deadline of December 18, 2026—one week after the next hearing in the Criminal Case—for an additional status update in this matter.

The Hon. Jesse M. Furman
July 29, 2026
Page **2** of **2**

Respectfully submitted,

/s/ *Travis Hill*
Travis Hill
SEC Division of Enforcement

cc:      John Priovolos, Esq., counsel to Vanderbilt (by email)